■ BEATRICE M. SERRINO et al., Respondents, v. D & B BARR INC., Appellant. (Appeal No. 1.) — Appeal unanimously dismissed, without costs. Memorandum: No appeal lies to this court from an order of County Court acting on an appeal from an order of a lower court (CPLR 5703, subd. [b]). If we were to pass on the merits of the appeal we would affirm the order. (See *De Francisco* v. *Rinaldo*, 34 A D 2d 890; *Ellis* v. *Greco*, 34 A D 2d 879.) (Appeal from order of Erie County Court affirming order of Buffalo City Court vacating notice of examination.) Present — Marsh, J. P., Witmer, Moule and Henry, JJ.

■ BEATRICE M. SERRINO et al., Respondents, v. D & B BARR INC., Appellant. (Appeal No. 2.) — Appeal unanimously dismissed, without costs. Same memorandum as in *Serrino* v. *D & B Barr* (37 A D 2d 912) decided herewith. (Appeal from order of Erie County Court affirming order of Buffalo City Court, granting order of preclusion.) Present — Marsh, J. P., Witmer, Moule and Henry, JJ.